REQUIRED STATEMENT TO ACCOMPANY
ALL MOTIONS TO MODIFY STAY

All Cases: Debtor(s) Mark W. Kite         Case No. 20-07220         Chapter 13

All Cases: Moving Creditor MidFirst Bank         Date Case Filed March 13, 2020

Nature of Relief Sought: ☒ Lift Stay     ☐ Annul Stay     ☒ Other (describe) Dismissal

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed June 3, 2020

1. Collateral
   a. Home 10254 S 52nd Ave, Oak Lawn, IL 60453
   b. Car Year, Make and Model _____
   c. Other (describe) _____

2. Balance owed as of November 8, 2021 $200,581.12
   Total of all other liens including collateral $ 0.00

3. In chapter 13 cases, attach a payment history listing the amount and dates of all payments received from the debtor(s) post-petition:

4. Estimated Value of Collateral (must be supplied in **all** cases) $ 214,000.00

5. Default
   a. Pre-Petition Default
      Number of months 0.00   Amount $0.00

   b. Post-Petition Default
      i. On direct payments to the moving creditor (Note: per Trustees records, Trustee disburses)
         Number of months 3   Amount $5,616.40

      ii. On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $_____

6. Other Allegations
   a. Lack of Adequate Protection § 362 (d) (1)
      i. No Insurance _____
      ii. Taxes Unpaid _____   Amount $_____
      iii. Rapidly depreciating asset _____
      iv. Other (describe) _____

   b. No Equity and not Necessary for an Effective Reorganization § 362 (d) (2) _____

   c. Other "Cause" § 362 (d) (1) _____
      i. Bad Faith (describe) _____
      ii. Multiple filings _____
      iii Other (describe) _____

   d. Debtor's Statement of Intention regarding the collateral
      i.   ☐ Reaffirm              ii. ☐ Redeem
      iii. ☐ Surrender             iv. ☒ No Statement of Intention Filed

Date: 11 / 15 / 2021                    /s/ Richard B. Aronow
                                        Counsel for Movant